# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

CASSANDRA ALESIA P.,

                Plaintiff,                23 **CIVIL** 10233 (GRJ)

    -against-                          **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Decision & Order dated February 14, 2025, Plaintiff's Motion for Judgment on the Pleadings is DENIED; the Commissioner is GRANTED Judgment on the Pleadings; and this case is DISMISSED. Judgment is entered in favor of the Commissioner and this case is closed.

**Dated:** New York, New York
          February 14, 2025

                                                  **TAMMI M. HELLWIG**

                                                      **Clerk of Court**

                        BY:

                                                      **Deputy Clerk**